SCANNED
DATE: 6-27-05
BY: CMG

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKETED
05cv 11341 NG

In re

BARRY MILLER and
MARY MILLER a/k/a
MARY-HAYNE-MILLER a/k/a
MARY HAYNE

| | |
|---|---|
| TOWN AND COUNTRY CREDIT CORP. Plaintiff | Chapter 7 Case No. 03-16731-JNF |
| v. | Adversary Docket No. AP-05-01318-JNF |
| MARK G. DeGIACOMO CHAPTER 7 TRUSTEE Defendant | |

**MOTION TO WITHDRAW ADVERSARY PROCEEDING**

To the Honorable Joan N. Feeney, Chief Bankruptcy Judge:

NOW COMES Town and Country Mortgage Credit Corp. (hereinafter "the Plaintiff"), by and through its attorneys, Ablitt & Caruolo, P.C., and pursuant to 28 U.S.C. § 157 (d) and MLBR 5011-1, hereby moves to withdraw this Adversary Proceeding to the Federal District Court for the District of Massachusetts. In support thereof, your Movant states as follows:

1. On Friday, June 10, 2005, the above-captioned Plaintiff filed a civil action in the Federal District Court of Massachusetts and said case has been docketed as 05-11223-RWZ. A copy of the civil action cover sheet is attached hereto as **Exhibit A**.



1

2. Said civil action, at its crux, contains negligent tort claims involving parties and issues unrelated to this bankruptcy case; this a non-core proceeding, as that is defined under 28 U.S.C. § 157.

3. Cause exists to remove this Adversary Proceeding due to the central non-core causes of action contained within the Plaintiff's Complaint, i.e., negligence, vicarious liability, and mortgage fraud under 28 U.S.C. § 1011.

4. Cause exists to remove this Adversary Proceeding as it is in the interest of judicial economy.

5. The Plaintiff does not consent to the entry of final orders or judgment by the Bankruptcy Court with respect to the non-core proceeding and issues.

                                      Respectfully submitted,
                                      The Plaintiff
                                      By its Attorneys
                                      ABLITT & CARUOLO, P.C.

DATED: 6-15-05                    Is/, William J. Amann
                                      William J. Amann
                                      (BBO 648511)
                                      92 Montvale Avenue, Suite 2950
                                      Stoneham, MA 02180
                                      781-246-8995

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing, WITHDRAWAL OF REFERENCE, by mailing a copy first-class, postage prepaid or by serving electronically via CM/ECF, to the following parties pursuant to Bankruptcy Rules 2002, 4001 and 5005 and MLBR's 2002-1, 4001-1, 9013-3 and 9014:

DATED: 6-16-05                               Is/, William J. Amann

**Mark G. DeGiacomo**
Murtha Cullina LLP
99 High Street
Boston, MA 02110

**Ryan M. MacDonald**
Murtha Cullina LLP
99 High St
Boston, MA 02110

**John Fitzgerald**
Office of US Trustee
10 Causeway Street
Boston, MA 02222

**Dax B. Grantham**
Grantham & Associates, PC
464 Bremen Street
Boston, MA 02128

**Barry Miller**
36 Beach Ave
Swampscott, MA 01907

**Mary Miller**
36 Beach Ave
Swampscott, MA 01907

**Paul E. Saperstein**
Paul E. Saperstein Co., Inc.
148 State Street
Boston, MA 02109

**Rhonda E. Rosenblum**
Becket & Lee LLP
PO Box 3001, Dept. AC
Malvern, PA 19355-0701