UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>BARRY MILLER, and<br>MARY MILLER a/k/a<br>MARY HAYNE-MILLER a/k/a<br>MARY HAYNE,<br>           Debtors. | CHAPTER 7<br>CASE NO. 03-16731-JNF |
| TOWN AND COUNTRY CREDIT<br>CORP.,<br>           Plaintiff<br>v.<br><br>MARK G. DEGIACOMO, CHAPTER 7<br>TRUSTEE OF THE ESTATE OF,<br>BARRY MILLER, and<br>MARY MILLER a/k/a<br>MARY HAYNE-MILLER a/k/a<br>MARY HAYNE,<br>           Defendant. | ADVERSARY PROCEEDING<br>NO. 05-01318<br><br><br><br><br><br>DISTRICT COURT<br>DOCKET NO. 05-11341-NG |

## CERTIFICATE OF SERVICE

      I, Ryan M. MacDonald, of Murtha Cullina LLP, do hereby certify that on the 29th day of June, 2005, I served a copy of the within *Opposition Of the Chapter 7 Trustee To Town and Country Credit Corp.'s Motion to Withdraw the Adversary Proceeding* by mailing the same by first class mail, postage prepaid to the parties listed below:

U.S. Trustee
U.S. Trustee's Office
10 Causeway Street
Boston, MA 02222

William J. Amann, Esq.
Ablitt & Caruolo, P.C.
92 Montvale Avenue
Stoneham, MA 02180

                                      /s/ Ryan M. MacDonald
                                      Ryan M. MacDonald