UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | |
| BARRY MILLER, and ) | |
| MARY MILLER a/k/a ) | CHAPTER 7 |
| MARY HAYNE-MILLER a/k/a ) | CASE NO. 03-16731-JNF |
| MARY HAYNE, ) | |
|     Debtors. ) | |
| ) | |
| ) | |
| TOWN AND COUNTRY CREDIT ) | |
| CORP., ) | ADVERSARY PROCEEDING |
| ) | NO. 05-01318 |
|     Plaintiff ) | |
| v. ) | |
| ) | |
| MARK G. DEGIACOMO, CHAPTER 7 ) | |
| TRUSTEE OF THE ESTATE OF, ) | |
| BARRY MILLER, and ) | |
| MARY MILLER a/k/a ) | DISTRICT COURT |
| MARY HAYNE-MILLER a/k/a ) | DOCKET NO. 05-11341-NG |
| MARY HAYNE, ) | |
|     Defendant. ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR 7.1(D), the defendant Mark G. DeGiacomo, Chapter 7 Trustee (the "Trustee") for the estate of Barry Miller and Mary Miller a/k/a Mary Hayne-Miller a/k/a Mary Hayne, requests oral argument on the plaintiff's, Town and Country Credit Corp., Motion to Withdraw Adversary Proceeding.

308084-1

        Respectfully submitted,

        MARK G. DEGIACOMO, CHAPTER 7
        TRUSTEE OF THE ESTATE OF BARRY
        MILLER, and MARY MILLER a/k/a MARY
        HAYNE-MILLER a/k/a MARY HAYNE,

        By his attorneys,

        /s/ Ryan M. MacDonald
        Mark G. DeGiacomo, Esq. BBO #118170
        Ryan M. MacDonald, Esq. BBO #654688
        Murtha Cullina LLP
        99 High Street
        Boston, MA  02110
        617-457-4000 Telephone
Dated: June 30, 2005        617-482-3868 Facsimile

308084-1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>BARRY MILLER, and<br>MARY MILLER a/k/a<br>MARY HAYNE-MILLER a/k/a<br>MARY HAYNE,<br>      Debtors. | <br><br><br>CHAPTER 7<br>CASE NO. 03-16731-JNF |
| TOWN AND COUNTRY CREDIT<br>CORP.,<br>      Plaintiff<br>v.<br><br>MARK G. DEGIACOMO, CHAPTER 7<br>TRUSTEE OF THE ESTATE OF,<br>BARRY MILLER, and<br>MARY MILLER a/k/a<br>MARY HAYNE-MILLER a/k/a<br>MARY HAYNE,<br>      Defendant. | <br>ADVERSARY PROCEEDING<br>NO. 05-01318<br><br><br><br><br><br><br>DISTRICT COURT<br>DOCKET NO. 05-11341-NG |

**CERTIFICATE OF SERVICE**

      I, Ryan M. MacDonald, of Murtha Cullina LLP, do hereby certify that on the 30th day of June, 2005, I served a copy of the within *Request For Oral Argument* by mailing the same by first class mail, postage prepaid to the parties listed below:

U.S. Trustee
U.S. Trustee's Office
10 Causeway Street
Boston, MA 02222

William J. Amann, Esq.
Ablitt & Caruolo, P.C.
92 Montvale Avenue
Stoneham, MA 02180

                                      /s/ Ryan M. MacDonald
                                      Ryan M. MacDonald

308084-1