UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
In re

BARRY MILLER and
MARY MILLER a/k/a
MARY-HAYNE-MILLER a/k/a
MARY HAYNE

TOWN AND COUNTRY CREDIT CORP.      }   Civil Action No.
                                   }   1:05-cv-11341-NG
Plaintiff                          }
                                   }
                                   }
v.                                 }
                                   }
MARK G. DeGIACOMO                  }
CHAPTER 7 TRUSTEE                  }
Defendant                          }
```

**MOTION TO WITHDRAW "MOTION TO WITHDRAW REFERENCE"**

NOW COMES Town and Country Mortgage Credit Corp. (hereinafter "the Plaintiff"), by and through its Attorneys, Ablitt & Caruolo, P.C., and pursuant to LR 7.1, hereby moves to withdraw its pending Motion to Withdraw Adversary Proceeding. See Docket 05-11341-NG at Document No. 1. In support thereof, the Plaintiff states as follows:

1. On or about June 10, 2005, the Plaintiff filed a civil action in the Federal District Court of Massachusetts. See Docket No. 05-11223-RWZ.

1

2. On or about June 29, 2005, the Plaintiff filed a Motion to Withdraw Reference in the United States Bankruptcy Court for the Eastern Division of Massachusetts, pursuant to MLBR 5011-1.

3. On or about September 6, 2005, that action (05-11223-RWG) was dismissed by Stipulation. <u>See</u> Docket at Document No. 13.

4. The underlying Bankruptcy Case (Chapter 7 Bankruptcy Case No. 03-16731-JNF) and the related Adversary Proceeding (AP-05-01318-JNF) are proceeding in the Eastern Division of the United States Bankruptcy Court.

5. Accordingly, the Plaintiff no longer seeks to have this Court withdraw its reference, under 28 U.S.C. § 157 (d), from the Bankruptcy Court.

6. Attorney Ryan M. MacDonald, Counsel for the Defendant, the Chapter 7 Bankruptcy Trustee, assents to this motion.

WHEREFORE, the Plaintiff requests that this Honorable Court:

A. ALLOW this motion to withdraw the Plaintiff's Motion to Withdraw Reference filed on or about June 29, 2005; and,

B. Order any other further relief that the Court deems just and equitable.

```
                                    Respectfully submitted,
                                    The Plaintiff
                                    By its Attorneys,

                                    ABLITT & CARUOLO, P.C.



DATED: 9-30-05                      Is/, William J. Amann
                                    William J. Amann
                                    (BBO 648511)
                                    92 Montvale Avenue, Suite 2950
                                    Stoneham, MA 02180
                                    781-246-8995
```

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing, MOTION TO WITHDRAW "MOTION TO WITHDRAW REFERENCE", by mailing a copy first-class, postage prepaid or by serving electronically via CM/ECF, to the following parties pursuant to Mass. R. Civ. P. 5 and LR 7.1:

DATED: 9-30-05                      Is/, William J.Amann

**Mark G. DeGiacomo**
Murtha Cullina LLP
99 High Street
Boston, MA 02110

**Ryan M. MacDonald**
Murtha Cullina LLP
99 High St
Boston, MA 02110

**David C. Phalen, Esq.**
Bartlett, Hackett & Feinberg
10 High Street
Boston, MA 02110

**John Fitzgerald**
Office of US Trustee
10 Causeway Street
Boston, MA 02222

**Dax B. Grantham**
Grantham & Associates, PC
464 Bremen Street
Boston, MA 02128

**Barry Miller**
36 Beach Ave
Swampscott, MA 01907

**Mary Miller**
36 Beach Ave
Swampscott, MA 01907

**Rhonda E. Rosenblum**
Becket & Lee LLP
PO Box 3001, Dept. AC
Malvern, PA 19355-0701